IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV454

| | | |
|---|---|---|
| Edna M. Bufford, | ) | **ORDER GRANTING** |
| | ) | **MOTION FOR ADMISSION** |
| Plaintiff, | ) | **PRO HAC VICE** |
| v. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow Stuart Barasch to appear *Pro Hac Vice*, filed November 7, 2005.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Barasch has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed: November 14, 2005**

Graham C. Mullen
Chief United States District Judge