# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Edna M. Bufford,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-454-MU

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2006 Order.

**Signed: May 9, 2006**

Frank G. Johns, Clerk
United States District Court